JOHN CULLEN, Appellant, *v.* THE MAYOR, ALDERMEN AND
    COMMONALTY OF THE CITY OF NEW YORK, Respondent.

*Cullen* v. *The Mayor*, 29 App. Div. 629, affirmed.
(Argued May 11, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered June
4, 1898, affirming a judgment in favor of defendant entered
upon a dismissal of the complaint at a Trial Term.

*Henry W. Smith* for appellant.

*John Whalen, Corporation Counsel* (*Theodore Connoly*
and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except BARTLETT, J., who dissents on ground
that this case was for the jury and the complaint was improp-
erly dismissed.

———

THOMAS J. SWEENEY. Appellant, *v.* THE STATE OF NEW YORK.
                Respondent.

(Submitted May 11, 1899; decided June 6, 1899.)

APPEAL from an award of the Board of Claims of the state
of New York, entered April 12, 1895.

*Oscar Warner* for appellant.

*John C. Davies, Attorney-General,* for respondent.

Award affirmed, with costs; no opinion.
All concur.